Avi Burkwitz, Esq., Bar No.: 217225
Sara Bagheri, Esq., Bar No.: 317195
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendant
COUNTY OF LOS ANGELES (erroneously sued as THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES)

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA AUSTIN, an individual; MINOR A.A., by and through her guardian ad litem, Amanda Austin,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, by and through THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; VICKI M., an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 19-10031<br>Assigned to Honorable:<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441 (a) & 1446 (a)-(b), BY DEFENDANT COUNTY OF LOS ANGELES**<br><br>Complaint Filed: September 6, 2019 |

TO THE UNITED STATES DISTRICT COURT AND PLAINTIFFS THROUGH THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant COUNTY OF LOS ANGELES (inclusive of the “Los Angeles Department of Children and Family Services,” erroneously named as a distinct entity) hereby removes this action from the Superior Court for the State of California, County of Los Angeles, to the United States District

Court for the Central District of California. The removal is made pursuant to 28 U.S.C. §§ 1441 (a) and 1446 (a)-(b), and is based on the following:

## I. REMOVAL AND VENUE ARE PROPER

This civil action appears to arise from a juvenile dependency proceeding in Los Angeles County involving Plaintiffs Amanda Austin, and her minor child A.A. (collectively as "Plaintiffs"). Plaintiffs are bringing four claims for relief for deprivation of rights, conspiracy to interfere with civil rights, and neglect to prevent; and Monell-related claims. Three of these claims are as to both Defendant County of Los Angeles (hereinafter "County") and Defendant Vicki M. (hereinafter "Vicki") (collectively as "Defendants"), and Monell liability as to the County. (*See* Declaration of Sara Bagheri, Esq. ("Bagheri Dec.") ¶3, a true and correct copy of Plaintiffs' Complaint is attached as Exhibit A.) As these claims pose quintessential federal questions, pursuant to 28 U.S.C. § 1331, the District Court has federal-question jurisdiction over this action.

## II. LEGAL STANDARDS

Pursuant to 28 U.S.C. § 1441 (a), a case may be removed from state to federal court if the action could have been originally commenced in federal court. *see also Grubbs v. General Electric Credit Corp.*, 405 U.S. 699, 702 (1972). The propriety of removal is determined at the time the petition for removal is filed by reference to the plaintiff's complaint filed in state court. *La Chemise Lacoste v. Alligator Co.*, 506 F2d 339, 343-344 (3d Cir. 1974). When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable. *Id*. Federal district courts have original jurisdiction in the district courts over all actions brought under 42 U.S.C. § 1983. *See* 28 U.S.C. § 1343(a)(3). District courts have original jurisdiction over all actions involving federal questions. *See* 28 U.S.C. § 1331.

A notice of removal must be filed "within thirty days of receipt from the plaintiff of an initial pleading or other document from which it is ascertainable that the case is removable." *Roth v. CHA Hollywood Med. Ctr., L.P.*, 720 F. 3d 1121, 1124

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

(9th Cir. 2013) (citing 28 U.S.C. § 1446 (b)(1), (b)(3)). Under Rule 6, when a period in the federal rules is stated in days, the last day of the period is excluded in circumstances where it falls on "a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(1)(C). In such cases, the period "continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday." *Id.* "Next day," as used in Rule 6, is a legal term of art that is "determined by continuing to count forward when the period is measured after an event and backward when measured before an event." Fed. R. Civ. P. 6(a)(5). Because the 30-day period for removing a state action to federal court is measured after an event (*i.e.*, receipt of document that discloses removability), the "next day" is determined by continuing to count forward—rather than backward. *See, e.g.*, *Powell v. Koenig*, No. 18-CV-04443-JST, 2018 WL 5270582, at *2 (N.D. Cal. Oct. 22, 2018) (extending 30-day removal period from a Sunday to the following Monday).

## III. PROCEDURAL POSTURE

On September 6, 2019, Plaintiffs filed a Complaint for damages against Defendants in the Superior Court of the State of California, County of Los Angeles, entitled *Amanda Austin, et al. v. County of Los Angeles et al.*, Los Angeles Superior Court Case No. 19STCV31758. (Bagheri Dec. ¶3, Exhibit A) Plaintiffs assert the following four claims for relief:

1) Violation of 42 U.S.C. § 1983 – Fourteenth Amendment – Familial Association, against all Defendants;
2) Violation of 42 U.S.C. § 1985, against all Defendants;
3) Violation of 42 U.S.C. § 1986, against all Defendants; and
4) Monell-related Claims, against County.

(*Id.*) On October 24, 2019, Plaintiffs served their Complaint on the County. Upon information and belief, Defendant Vicki has not been served. (Bagheri Dec. ¶4-5, Exhibits B and C)

Pursuant to 28 U.S.C. § 1446 (b), a Defendant has thirty (30) days to remove

an action once Defendant has been served with a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Accordingly, this Notice of Removal is timely as it is sought within 30 days after October 24, 2019—the date County was served with Plaintiff's Complaint. (*Id.*)

Moreover, when a "civil action is removed solely under section 1441 (a), all defendants who have been properly joined and served must join in or consent to the removal of the action." 28 U.S.C. § 1446 (b)(2)(A). Here, Defendant Vicki has not been served. (*Id.*) Hence, Defendant Vicki is not part of the removal of this action to Federal Court, but County reasonably anticipate no objection by Defendant Vicki to this removal. Further, in accordance with 28 U.S.C. § 1446 (a), all documents on file with the Los Angeles Superior Court for this action have been attached to the Declaration of Sara Bagheri, Esq. (*See* Bagheri Dec. ¶¶3-7, and Exhibits A, B, and C.)

## IV. FEDERAL QUESTION JURISDICTION

Here, Plaintiffs' first, second, and third claims allege federal questions—42 U.S.C. § 1983, 42 U.S.C. § 1985, and 42 U.S.C. § 1986—while the fourth claim is captioned as a "Monell-related Claims." (Bagheri Decl. ¶3, Exhibit A) *Monell* is a reference to a claim for municipal liability under 42 U.S.C. § 1983. *Monell v. Dep't of Soc. Servs. of City of New York*, 436 U.S. 658, 664 (1978).

Accordingly, as Plaintiffs' have invoked federal law as the basis for all their claims, removal is proper because the district court has original jurisdiction over such claims. See 28 U.S.C. § 1331.

## V. NOTICE TO THE COURT AND PARTIES

Concurrent with the filing of this Notice of Removal in the United States District Court for the Central District of California, the undersigned will give written notice of such filing to Plaintiffs and a copy of the Notice of Removal will be filed with the Clerk of the Court for the California Superior Court of the County of Los Angeles, California. (Bagheri Decl. ¶8)

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

WHEREFORE, the above-entitled action, now pending in the Superior Court of the State of California, County of Los Angeles, is removed to the United States District Court for the Central District of California.

DATED: November 22, 2019

**PETERSON · BRADFORD · BURKWITZ**

By: /s/ Sara Bagheri
Avi Burkwitz, Esq.
Sara Bagheri, Esq.
Attorneys for Defendant
COUNTY OF LOS ANGELES

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On November 22, 2019, I served the foregoing document described as:

**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441 (a) & 1446 (a)-(b), BY DEFENDANT COUNTY OF LOS ANGELES**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of the member of the bar of this Court at whose direction the service was made.

Executed on November 22, 2019, at Burbank, California.

/s/ Gisele Montano
Gisele Montano

# SERVICE LIST

**RE: Austin, Amanda et al v. County of Los Angeles et al**

**Case No.:**

Andre L. Clark, Esq.
**Law Office of Vincent W. Davis & Associates**
150 N. Santa Anita Avenue, Suite # 200
Arcadia, CA 91006

T: (626) 446-6442
F: (626) 446-6454

**Attorney for Plaintiff**
**Amanda Austin**

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800