Avi Burkwitz, Esq., Bar No.: 217225
Sara Bagheri, Esq., Bar No.: 317195
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendant
COUNTY OF LOS ANGELES (erroneously sued as THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES)

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMANDA AUSTIN, an individual; MINOR A.A., by and through her guardian ad litem, Amanda Austin,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, by and through THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; VICKI M., an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 19-10031<br>Assigned to Honorable:<br><br>**DECLARATION OF SARA BAGHERI, ESQ., IN SUPPORT OF THE NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441 (a) & 1446 (a)-(b), BY DEFENDANT COUNTY OF LOS ANGELES**<br><br>Complaint Filed: September 6, 2019 |

## DECLARATION OF SARA BAGHERI, ESQ.

I, Sara Bagheri, Esq., hereby declare as follows:

1. I am an attorney at law duly licensed to practice in all the courts of the State of California and am an associate at Peterson Bradford Burkwitz, LLP, counsel of record for Defendant County of Los Angeles (inclusive of the "Los Angeles

Department of Children and Family Services," erroneously named as a distinct entity) in the present action. I have personal knowledge of the facts set forth in this declaration, except where stated upon information and belief. If called upon to testify about the contents of this declaration, I would and could competently do so.

2. I am writing this declaration in support of Defendant County's Notice of Removal and no other purpose.

3. On September 6, 2019, Plaintiff Amanda Austin, on behalf of herself and Plaintiff A.A. (collectively as "Plaintiffs") filed a Complaint for damages in the Superior Court of the State of California, County of Los Angeles. The Complaint sets forth four claims for relief: (1) violation of 42 U.S.C. § 1983; (2) Violation of 42 U.S.C. § 1985; (3) Violation of 42 U.S.C. § 1986; and (4) Monell-related Claims. First, second, and third claims are against both Defendant County of Los Angeles (hereinafter "County") and Defendant Vicki M. (hereinafter "Vicki") (collectively as "Defendants"); the fourth claim is only against County. A true and correct copy of Plaintiffs' Summons and Complaint, entitled *Amanda Austin, et al. v. County of Los Angeles et al.*, Los Angeles Superior Court Case Number 19STCV31758, is attached hereto as **Exhibit A**.

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

4. Upon information and belief, Defendant County of Los Angeles was served on October 24, 2019. On information and belief, Defendant Vicki has not been served. A true and correct copy of Plaintiff's Proof of Service of Summons and Complaint is attached hereto as **Exhibit B**.

5. A true and correct copy of the State Court Docket in *Austin v. County of Los Angeles, et al.*, Los Angeles Superior Court Case No. 19STCV31758, is attached hereto as **Exhibit C**.

6. Based on the foregoing, Defendant County hereby removes this civil action on the basis of federal question.

7. **Exhibits A, B,** and **C**, consist of all documents/pleadings that are known, and/or believed, to have been filed in the Los Angeles Superior Court for this matter,

which have been included in accordance with 28 U.S.C. § 1446 (a).

8. Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Central District of California, the undersigned will give written notice of such filing to Plaintiff and a copy of the Notice of Removal will be filed with the Clerk of the Court for the Superior Court of the County of Los Angeles, California.

I declare under penalty of perjury under the law of the United State of America that the foregoing is true and correct, and that this declaration is executed this 19th day of November 2019, in Burbank, California.

DATED: November 22, 2019

**PETERSON · BRADFORD · BURKWITZ**

By: /s/ Sara Bagheri
Sara Bagheri, Esq.
Declarant

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On November 21, 2019, I served the foregoing document described as:

**DECLARATION OF SARA BAGHERI, ESQ., IN SUPPORT OF THE NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1441 (a) & 1446 (a)-(b), BY DEFENDANT COUNTY OF LOS ANGELES**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of the member of the bar of this Court at whose direction the service was made.

Executed on November 22, 2019, at Burbank, California.

/s/ Gisele Montano

Gisele Montano

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# SERVICE LIST

**RE: Austin, Amanda et al v. County of Los Angeles et al**

**Case No.:**

Andre L. Clark, Esq.
**Law Office of Vincent W. Davis & Associates**
150 N. Santa Anita Avenue, Suite # 200
Arcadia, CA 91006

T: (626) 446-6442
F: (626) 446-6454

**Attorney for Plaintiff**
**Amanda Austin**

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800