# EXHIBIT B

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* Andre L. Clark, Esq. SBN: 323654<br>LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES<br>150 North Santa Anita Ave., Ste. 200<br>Arcadia, CA 91006<br>TELEPHONE NO.: 626/446-6442 FAX NO. *(Optional):* 626/446-9454<br>E-MAIL ADDRESS *(Optional):* edna@vincentwdavis.com<br>ATTORNEY FOR *(Name):* Plaintiff, AMANDA AUSTIN | *FOR COURT USE ONLY* |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES<br>STREET ADDRESS: 111 N. Hill Street<br>MAILING ADDRESS: Same<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: CENTRAL | |
| PLAINTIFF/PETITIONER: AMANDA AUSTIN<br>DEFENDANT/RESPONDENT: COUNTY OF LOS ANGELES, et al. | CASE NUMBER:<br>19STCV31758 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents):* Notice of Case Assignment; Notice of Case Management ConfereNce
3. a. Party served *(specify name of party as shown on documents served):*
   CLAYTON LIANG, Deputy Clerk, County of Los Angeles

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
4. Address where the party was served:
   500 West Temple St., Ste. 383, Los Angeles, CA
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 10/24/19 (2) at *(time):* 2:58 pm
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.