# EXHIBIT C

ONLINE SERVICES

# Case Access

LANGUAGE ACCESS
English

PRINT NEW SEARCH

## CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 19STCV31758
AMANDA AUSTIN VS COUNTY OF LOS ANGELES

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 09/06/2019
**Case Type:** Civil Rights/Discrimination (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**12/17/2019** at 08:30 AM in Department 36 at 111 North Hill Street, Los Angeles, CA 90012
Case Management Conference

## PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

AUSTIN AMANDA - Plaintiff

CLARK ANDRE L. - Attorney for Plaintiff

COUNTY OF LOS ANGELES BY AND THROUGH THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES - Defendant

M. VICKI - Defendant

## DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Documents Filed (Filing dates listed in descending order)**

**10/31/2019** Proof of Personal Service
Filed by Amanda Austin (Plaintiff)

**10/08/2019** Summons (on Complaint)
Filed by Amanda Austin (Plaintiff); A. A. (Plaintiff)

**10/02/2019** Application And Order For Appointment of Guardian Ad Litem
Filed by Amanda Austin (Plaintiff)

**10/01/2019** Notice of Case Management Conference
Filed by Clerk

**09/09/2019** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**09/06/2019** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**09/06/2019** Civil Case Cover Sheet
Filed by Amanda Austin (Plaintiff)

**09/06/2019** Complaint
Filed by Amanda Austin (Plaintiff)

## PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Proceedings Held (Proceeding dates listed in descending order)

None

## REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Register of Actions (Listed in descending order)

**10/31/2019** Proof of Personal Service
Filed by Amanda Austin (Plaintiff)

**10/08/2019** Summons (on Complaint)
Filed by Amanda Austin (Plaintiff); A. A. (Plaintiff)

**10/02/2019** Application And Order For Appointment of Guardian Ad Litem
Filed by Amanda Austin (Plaintiff)

**10/01/2019** Notice of Case Management Conference
Filed by Clerk

**09/09/2019** Order on Court Fee Waiver (Superior Court)
Filed by Clerk

**09/06/2019** Civil Case Cover Sheet
Filed by Amanda Austin (Plaintiff)

**09/06/2019** Complaint
Filed by Amanda Austin (Plaintiff)

**09/06/2019** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

NEW SEARCH

---

Privacy Statement | Disclaimer | Employment | ADA | Holidays | Comment on our Website

Copyright © 2019 Superior Court of California, County of Los Angeles