Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbllp.com
Sara Bagheri, Esq., Bar No.: 317195
sbagheri@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendants
COUNTY OF LOS ANGELES (erroneously sued as THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES), CAROLINE AVALOS, JAMAL JONES, and SARA CANTO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

A.A., by and through her guardian ad litem, Amanda Austin,

Plaintiff,

vs.

COUNTY OF LOS ANGELES, by and through THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; CAROLINE AVALOS, an individual; JAMAL JONES, an individual; SARA CANTO, an individual; VICKI M., an individual; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 2:19-cv-10031-SVW-JPR
Assigned to Honorable: Stephen V. Wilson
Magistrate Judge: Jean P. Rosenbluth

**DECLARATION OF SARA BAGHERI, ESQ. IN SUPPORT OF DEFENDANTS COUNTY OF LOS ANGELES, CAROLINE AVALOS, JAMAL JONES, AND SARA CANTO'S MOTION FOR SUMMARY JUDGMENT**

Date: August 31, 2020
Time: 1:30 p.m.
Dept.: 10A

Complaint Filed: September 6, 2019
FAC Filed: December 10, 2019
SAC Filed: January 31, 2020
TAC Filed: April 1, 2020
Trial Date: September 22, 2020

I, Sara Bagheri, Esq., declare as follows,

///

1. I am an attorney licensed to practice law in the State of California. I am an associate attorney at the law firm of Peterson Bradford Burkwitz, LLP, attorneys of record for Defendants County of Los Angeles (inclusive of the Los Angeles Department of Children and Family Services, erroneously named as a distinct entity), Caroline Avalos, Jamal Jones, and Sara Canto ("Defendants," collectively) in the present action.

2. This motion is made following the conference of counsel pursuant to Local Rule 7-3, which occurred via email on July 27, 2020, and via telephone on July 28, 2020. Counsel for Defendants discussed the issues related to the merits of the lawsuit, including the lack of evidence provided by Plaintiff and her inability to show the Social Worker Defendants were deliberately indifferent and violated Plaintiff's rights–Plaintiff did not express any interest in this proposition, and the parties were unable to come to an informal resolution.

3. I caused a subpoena to be served to Harbor UCLA related to a forensic exam of Plaintiff. On or about April 24, 2020, our office received records from Harbor UCLA in response to the subpoena.

4. Attached as **<u>Exhibit A</u>** is a true and correct copy of relevant pages from the response to the subpoena, pages 1-5, which reflects the subpoena and the declaration of the authenticity of the records from Harbor UCLA.

5. Attached as **<u>Exhibit B</u>** is a true and correct copy of page 17 of the records produced in response to the subpoena reflecting Dr. Jimenez's interview of Plaintiff's father, Mr. Stacks on September 8, 2016.

6. Attached as **<u>Exhibit C</u>** is a true and correct copy of page 24 of the records produced in response to the subpoena reflecting Dr. Jimenez's discussion with Defendant Sara Canto on September 13, 2016.

7. I am including those portions herein and only those portions and have redacted the name of the minor.

///

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 3, 2020, in Encino, California.

/s/ Sara Bagheri, Esq.
Sara Bagheri, Esq.
Declarant

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On August 3, 2020, I served the foregoing document described as:

**DECLARATION OF SARA BAGHERI, ESQ. IN SUPPORT OF DEFENDANTS COUNTY OF LOS ANGELES, CAROLINE AVALOS, JAMAL JONES, AND SARA CANTO'S MOTION FOR SUMMARY JUDGMENT**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of the member of the bar of this Court at whose direction the service was made.

Executed on August 3, 2020, at Burbank, California.

/s/ Marcela Dueñas
Marcela Dueñas

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# SERVICE LIST

**RE: A.A. v. County of Los Angeles et al**

**Case No.:** 2:19-cv-10031-SVW-JPR

Joyce Vega, Esq.
**Law Office of Vincent W. Davis & Associates**
150 N. Santa Anita Avenue, Suite # 200
Arcadia, CA 91006
T: (626) 446-6442
F: (626) 446-6454
E: joyce@vincentwdavis.com
susan@vincentwdavis.com
**Attorney for Plaintiff**
**A.A., by and through her**
**guardian ad litem, Amanda Austin**